# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| ROMECO WILLIAMS, | ) | Civil Action No. 7:15cv00041 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAPT. DAVID STILL, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that the defendants' motion for summary judgment (Docket No. 22) is **GRANTED in part** as to the claims about the missed meal, being restrained in bodily wastes, and delayed receipt of property, and it is **DENIED in part** as to the excessive force claims against Captain Still, Lieutenant Kiser, Sergeant Owens, Officer Farmer, and Officer Brinkley about the alleged beating and use of five-point restraints; Property Officer J. Owens is **TERMINATED** as a defendant; and in accordance with Standing Order 2013-6, the remaining defendants shall **FILE**, within thirty days, a motion for summary judgment addressing exhaustion of administrative remedies.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This  2nd  day of  March, 2016  .

s/Norman K. Moon
United States District Judge