# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| ROMECO WILLIAMS,<br>                *Plaintiff,*<br><br>v.<br><br>CAPT. DAVID STILL ET AL.,<br>                *Defendants.* | CIVIL ACTION NO. 7:15-cv-00041<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

      This matter is before the Court upon United States Magistrate Judge Pamela Meade Sargent's Order for Plaintiff to Respond (dkt. 69), and the Report & Recommendation of Judge Sargent (Dk. 71, hereinafter "Report"). Pursuant to 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Sargent to conduct an evidentiary hearing on the defendants' affirmative defense of plaintiff's failure to exhaust administrative remedies. On February 16, 2017, Judge Sargent issued an order for Plaintiff to respond with the remaining portion of the $350.00 filing fee and the $50.00 administrative fee before February 23, 2017 or complete and return the application to proceed in District Court without prepaying fees or costs before February 23, 2017. On February 27, 2017, Judge Sargent filed a Report recommending that Plaintiff's case be dismissed for failure to prosecute after failing to comply with her February 16th Order. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

      Accordingly, Plaintiff's claims are **DISMISSED** for failure to prosecute.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record, to the *pro se* Plaintiff, and to United States Magistrate Judge Sargent.

It is so **ORDERED**.

Entered this 14th day of March, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE